988

PER CURIAM:

This petition to review a final order of deportation entered by a special inquiry officer and affirmed by the Board of Immigration Appeals presents no basis for the court's interference with the order.

The Petition is dismissed.

PER CURIAM:

We are in agreement with the findings of fact and the conclusions of law made by the District Court. The judgment is

Affirmed.

**Arthur G. PICOU, Appellant,**

v.

**LOUISIANA & ARKANSAS RAILWAY COMPANY and the Kansas City Southern Railway Company, Appellees.**

No. 25430.

United States Court of Appeals
Fifth Circuit.

May 29, 1968.

**RAST, GREGORY & DEAN, INC., suing for the Use and Benefit of Cowin Equipment Company, Inc., Appellant,**

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,**
Appellee.

No. 25176.

United States Court of Appeals
Fifth Circuit.

May 29, 1968.

W. S. Pritchard, Jr., John Harris Harper, Birmingham, Ala., Pritchard, McCall & Jones, Birmingham, Ala., of counsel, for appellant.

Thomas R. Elliott, Jr., London, Yancey, Clark & Allen, Birmingham, Ala., for appellee.

Before TUTTLE and DYER, Circuit Judges, and MEHRTENS, District Judge.

Arthur Cobb, Baton Rouge, La., Gordon R. Crawford, Gonzales, La., for appellant.

Guy C. Lyman, Jr., F. Frank Fontenot, New Orleans, La., Milling, Saal, Saunders, Benson & Woodward, New Orleans, La., of counsel, for appellees.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The judgment is affirmed. Stein v. Missouri Pacific Railroad Co., 166 So. 2d 381 (La.App. 3rd Cir., 1964).